1  Timothy L. Reed, Bar No. 258034
   treed@fordharrison.com
2  Daniel R. Lyman, Bar No. 319010
   dlyman@fordharrison.com
3  **FORD & HARRISON LLP**
   1901 Harrison Street, Suite 1650
4  Oakland, CA  94612
   Telephone:    415-852-6910
5  Facsimile:    415-852-6925

6  Attorneys for Defendant
   WAL-MART ASSOCIATES, INC.
7
   Timothy J. Gonzales, Bar No. 234923
8  tg@brockgonzales.com
   Christopher P. Brandes, Bar No. 282801
9  cb@brockgonzales.com
   Lindsay L. Bowden, Bar No. 318685
10 lb@brockgonzales.com
   **BROCK & GONZALES, LLP**
11 6701 Center Drive West, Suite 610
   Los Angeles, CA 90045
12 Telephone: 310-294-9595
   Facsimile:  310-961-3673
13
   Attorneys for Plaintiff
14 CHRYSTAL OWENS

15

16                  **UNITED STATES DISTRICT COURT**

17                  **EASTERN DISTRICT OF CALIFORNIA**

18

19 CHRYSTAL OWENS, an individual,          Case No. 1:20-CV-01536-AWI-BAM

20            Plaintiff,                    **JOINT STIPULATION FOR EXTENSION
                                            OF TIME TO FILE REQUEST FOR**
21 v.                                       **DISMISSAL**

22 WAL-MART ASSOCIATES, INC., an            Action Filed:    September 9, 2020
   Arkansas corporation; and DOES 1-50,    Removal Date:   October 30, 2020
23 inclusive,

24            Defendants.

25

26

27

28

Ford & Harrison
LLP
Attorneys At Law
San Francisco

## JOINT STIPULATION

**IT IS HEREBY STIPULATED AND AGREED TO** by and between plaintiff CHRYSTAL OWENS ("Plaintiff"), by her attorneys of record, and defendant WAL-MART ASSOCIATES, INC. ("Defendant"), by its attorneys of record, (referred to collectively as the "Parties") that the following Stipulation may be entered as an Order by the Court to give effect to the stipulations set forth below, namely to extend the June 18, 2021 deadline to dismiss this action in its entirety, set by this Court's May 5, 2021 Minute Order (Dkt. No. 15), four weeks to July 16, 2021:

1.     **WHEREAS**, Plaintiff filed her Complaint in the Superior Court for the State of California, County of Tulare on September 9, 2020;

2.     **WHEREAS**, Defendant timely filed and served an Answer to Plaintiff's Complaint in the Tulare County Superior Court on October 28, 2020;

3.     **WHEREAS**, on October 30, 2020, Defendant timely removed this action to the above-captioned Court;

4.     **WHEREAS**, on January 28, 2021, the Court held the initial scheduling conference in this matter, at which the Parties reported that they had agreed to a private mediation scheduled for April 29, 2021;

5.     **WHEREAS**, to allow the Parties time to engage in settlement discussions at the April 29, 2021 mediation, and thereafter, the Court declined to issue a scheduling order and set a further scheduling conference on May 11, 2021 (*see* Dkt. No. 13);

6.     **WHEREAS**, on April 29, 2021, the Parties participated in private mediation and, shortly thereafter, reached an agreement as to the basic terms of a settlement to be memorialized in a long form settlement agreement by the Parties;

7.     **WHEREAS**, on May 4, 2021, counsel for Plaintiff filed a Notice of Settlement in this matter;

8.     **WHEREAS**, on May 5, 2021, this Court set a deadline of June 18, 2021, pursuant to Local Rules 160 and 272, by which this matter is to be dismissed in its entirety (*see* Dkt. No. 15);

FORD & HARRISON
LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION FOR EXTENSION OF TIME TO
FILE REQUEST FOR DISMISSAL

9.   **WHEREAS**, following the May 5, 2021 Order, the parties have worked diligently and cooperatively to finalize the terms of the written settlement agreement, which is now fully executed;

10.   **WHEREAS**, Defendant is in the process of funding the settlement per the terms of the written settlement agreement;

11.   **WHEREAS**, the Parties agree that good cause exists to extend the June 18, 2021 deadline to dismiss this action in its entirety because additional time is needed for the Parties to execute their obligations under the written settlement agreement prior to dismissal;

12.   **WHEREAS**, the Parties agree that a four week extension of the June 18, 2021 deadline to July 16, 2021 would indeed provide sufficient time to satisfy obligations under the written settlement agreement prior to dismissal;

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

NOW, **THEREFORE**, the Parties, by and through their respective counsel of record, **AGREE AND HEREBY STIPULATE** that good cause exists to extend the June 18, 2021 deadline to dismiss this action in its entirety to July 16, 2021.

**IT IS SO STIPULATED.**

Dated: June 16, 2021                    Respectfully submitted,

                                        BROCK & GONZALES LLP


                                        By: _/s/ Lindsay L. Bowden_
                                            Timothy J. Gonzales
                                            Christopher P. Brandes
                                            Lindsay Bowden
                                            Attorneys for Plaintiff
                                            CHRYSTAL OWENS


Dated: June 16, 2021                    Respectfully submitted,

                                        FORD & HARRISON LLP


                                        By: _/s/ Daniel R. Lyman_
                                            Timothy L. Reed
                                            Daniel R. Lyman
                                            Attorneys for Defendant
                                            WAL-MART ASSOCIATES, INC.

## <u>ORDER</u>

Good cause appearing, the parties' stipulation and request for an extension of time to file dismissal documents is GRANTED. The parties shall file appropriate papers to dismiss or conclude this action in its entirety no later than July 16, 2021.

IT IS SO ORDERED.

Dated: __**June 18, 2021**__              ___/s/ Barbara A. McAuliffe___
                                        UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE

I, Celestine Seals, declare:

I am a citizen of the United States and employed in Alameda County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1901 Harrison Street, Suite 1650, Oakland, California 94612. On June 18, 2021, I served a copy of the within document(s):

**JOINT STIPULATION FOR EXTENSION OF TIME TO FILE REQUEST FOR DISMISSAL**

☒ **ELECTRONICALLY:** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

☐ **BY E-MAIL OR ELECTRONIC TRANSMISSION.** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed below. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

Timothy J. Gonzales, Esq.                           *Attorneys for Plaintiff*
Christopher P. Brandes, Esq.                        CHRYSTAL OWENS
Lindsay L. Bowden, Esq.
BROCK & GONZALES, LLP
6701 Center Drive West, Suite 610
Los Angeles, CA 90045
Email: tg@brockgonzales.com
        cb@brockgonzales.com
        lb@brockgonzales.com
Tel:  310-294-9595     Fax:  310-961-3673

I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 18, 2021, at Oakland, California.

*/s/  Celestine Seals*
_____
Celestine Seals